JPML FORM 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 558 -- In re Albert L. Micklus, Sr., Invasion of Privacy and Defamation Litigation

| Date | Pleading Description |
|---|---|
| 83/08/19 | 1 MOTION, BRIEF, ATTACHMENTS, SCHEDULE, CERTIFICATE OF SERVICE -- Plaintiff Albert L. Micklus, Sr. -- SUGGESTED TRANSFEREE DISTRICT: C.D. ILLINOIS; SUGGESTED TRANSFEREE JUDGE: HAROLD A. BAKER (cds) |
| 83/08/29 | APPEARANCES: Linley E. Pearson for defendant James R. Bunch; William W. Kurnik for defendants Richard Doyle, Thomas Fahey and Edward Litak. (jsj) |
| 83/08/30 | 2 RESPONSE -- Defendants Doyle, Fahey and Litak w/cert. of svc. (jsj) |
| 83/08/30 | APPEARANCE: Albert L. Micklus, Sr., Pro Se for Albert L. Micklus, Sr., Pro Se (jsj) |
| 83/09/06 | 3 REPLY -- Plaintiff Albert L. Micklus, Sr. w/cert. of svc. (jsj) |
| 83/09/09 | 4 PLAINTIFF LETTER -- re Panel Attorney Service List (Appearance). (jsj) |
| 83/09/28 | HEARING ORDER -- Setting motion of plaintiff Albert L. Micklus, Sr. to transfer A-1 and A-2 for hearing on November 1, 1983 in Savannah, Georgia. (jsj) |
| 83/10/17 | 6 RESPONSE (objecting to transfer) -- James R. Bunch -- w/cert. of service (cds) |
| 83/10/17 | 5 MOTION TO STRIKE PLEADING 6 (and also to strike response of Defts. R. Knabel and D. Kinzer not yet filed by the Panel) -- Pltf. Albert L. Micklus, Sr. -- w/Brief, attachment and cert. of service (cds) |
| 83/10/24 | 7 RESPONSE -- Donald Kinzer and Ronald Knabel w/cert. of svc. (ds) |
| 83/10/27 | WAIVER OF ORAL ARGUMENT -- All waived. (jsj) |
| 83/11/09 | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 558 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Albert L. Micklus, Sr., Invasion of Privacy and Defamation Litigation

## SUMMARY OF LITIGATION

| Hearing Dates November 1, 1983 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/9/83 | (MO) DENIED | Unpublished | | | |

Special Transferee Information

DATE CLOSED: November 9, 1983

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 558 -- In re Albert L. Micklus, Sr., Invasion of Privacy and Defamation Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Albert L. Micklus, Sr. v. James Bunch, et al. | S.D.Ind. Noland | IP822175C | | | | |
| A-2 | Albert L. Micklus, Sr. v. Richard J. Doyle, et al. | C.D.Ill. Baker | 82-2082 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 558 -- In re Albert L. Micklus, Sr., Invasion of Privacy and Defamation Litigation

---

ALBERT L. MICKLUS, SR.
(A-1),(A-2)
Albert L. Micklus, Sr., Pro Se.
R#1, Box 29
Covington, Indiana  47932

DONALD KINZER
RONALD KNABEL (No App. Rec'd)
John Bodle, Esq.
William Emerick, Esq.
Stewart & Branigin
Life Building
P.O. Box 1010
Lafayette, Indiana  47902

JAMES R. BUNCH
Prosecuting Attorney for Fountain
  County for 61st Judicial District
Linley E. Pearson
Attorney General of Indiana
Office of Attorney General
George B. Huff, Jr.
Deputy Attorney General
219 State House
Indianapolis, Indiana  46204

RICHARD DOYLE
THOMAS FAHEY
EDWARD LITAK

William W. Kurnik, Esquire
Kurnik and Cipolla
120 West Eastman
Suite 302
Arlington Heights, Illinois 60004

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 558 -- In re Albert L. Micklus, Sr., Invasion of Privacy and Defamation Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Richard J. Doyle ✗ | A-2 |
| Thomas Fahey ✓ | A-2 |
| Edward Litak ✓ | A-2 |
| James Bunch | A-1 |
| Donald Kinzer, Adm. Wabash Valley Mental Health Center Inc. | A-1 |
| Ronald Knabel, Dir. Fountain-Warren County Br. Mental Health Center | A-1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |