JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV -9 1983

DOCKET NO. 558

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ALBERT L. MICKLUS, SR. INVASION OF PRIVACY AND DEFAMATION LITIGATION

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiff in the two actions listed on the attached Schedule A, for transfer of the action pending in the Southern District of Indiana to the Central District of Illinois for coordinated or consolidated pretrial proceedings with the action pending there. Defendants in both actions oppose centralization.

The Panel finds on the basis of the papers submitted[1]/ that the two actions do not share significant factual questions and that centralization of the actions would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Milton Pollack took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-558 -- In re Albert L. Micklus, Sr. Invasion of Privacy and Defamation Litigation

SOUTHERN DISTRICT OF INDIANA
Albert L. Micklus, Sr. v. James Bunch, et al., C.A. No. IP-82-2175-C

CENTRAL DISTRICT OF ILLINOIS
Albert L. Micklus, Sr. v. Richard J. Doyle, et al., C.A. No. 82-2082